# Exhibit 10

Submitted to Court for in-camera review.