IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
No. 3:25-cv-00199-JDA

| | | |
|---|---|---|
| MARION BOWMAN, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN P. STIRLING, in his official capacity | ) | **NOTICE OF APPEAL** |
| as the Director of the South Carolina Department | ) | |
| of Corrections, and; | ) | |
| | ) | |
| HENRY DARGAN McMASTER, in his official | ) | |
| capacity as Governor of the State of South | ) | |
| of South Carolina, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Marion Bowman, Jr., an inmate sentenced to death and scheduled to be executed on January 31, 2025, appeals to the United States Court of Appeals for the Fourth Circuit from this Court's denial of his motion for injunctive relief entered on January 28, 2025.

Respectfully submitted,

*/s/ Gabrielle Amber Pittman*
Gabrielle Amber Pittman
Deputy Chief
Capital Habeas Unit for the Fourth Circuit
G_Amber_Pittman@fd.org

David Weiss
Assistant Federal Public Defender
Capital Habeas Unit for the Fourth Circuit
David_C_Weiss@fd.org

Federal Public Defender
for the Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 688-6946

*/s/ Lindsey S. Vann*
Lindsey S. Vann

JUSTICE 360
900 Elmwood Avenue, Suite 200
Columbia, SC 29201
Lindsey@justice360sc.org

COUNSEL FOR PLAINTIFF

January 28, 2025