FILED: February 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1
(3:25-cv-00199-JDA)

_____

MARION BOWMAN, JR.

      Plaintiff - Appellant

v.

BRYAN P. STIRLING, in his official capacity as the Director of the South Carolina Department of Corrections; HENRY DARGAN MCMASTER, in his official capacity as Governor of the State of South Carolina

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk